KEVIN B. BRIGGS
 County Counsel
BRUCE B. JOHNSON
 Principal Deputy County Counsel – SBN 142968
FRESNO COUNTY COUNSEL
2220 Tulare Street, Fifth Floor
Fresno, California 93721

Telephone: (559) 600-3479
Facsimile:   (559) 600-3480

Attorneys for Defendant, COUNTY OF FRESNO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLES LONG and ELAINE LONG, | Case No. 1:13-cv-01810 AWI SKO |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER CONTINUING HEARING AND GRANTING LEAVE TO PLAINTIFFS TO FILE A SUR-REPLY BRIEF |
| Vs. | |
| COUNTY OF FRESNO; ALAN WEAVER, Director, County of Fresno, Department of Public Works and Planning, as an individual; and DOES 1 through 40, et al., | Current hearing date: 2/10/14<br>Requested hearing date: 2/24/14<br>Courtroom: 2 |
| Defendants. | |

The parties in the above-captioned matter submit the following recitals, stipulation and proposed order, continuing the hearing and granting to plaintiffs the opportunity to file a sur-reply brief.

RECITALS

The County defendants have filed a Rule 12(b)(6) motion to dismiss, scheduled to proceed to hearing on February 10, 2014, at 1:30 p.m. in Courtroom 2, the Honorable Anthony W. Ishii presiding. In the County defendants' reply brief, the County defendants intend to raise an argument, in response to the breach of contract claim for relief, which could have been raised in the original moving papers.

In the interest of fairness, the plaintiffs ("the Longs") should have an opportunity to respond in a short sur-reply brief. The parties also agree that a short continuance is in order.

STIPULATION

It is stipulated and agreed that the hearing of this matter shall be continued to February 24, 2014, at 1:30 p.m. in Courtroom 2.

It is further stipulated and agreed that the County defendants, in their reply brief, will limit discussion of the breach of contract claim to two pages, and overall shall not exceed five pages.

It is further stipulated and agreed that on or before February 14, 2014, the Longs may file a sur-reply brief of up to three pages.

Dated:    KEVIN B. BRIGGS
          County Counsel

          By: _____
              BRUCE B. JOHNSON,
              Principal Deputy, Attorneys
              for Defendants

Dated:    LAW OFFICES OF CHARLES L.
          DOERKSEN

          By:   CHARLES L. DOERKSEN, Esq.
                Attorneys for Plaintiffs

ORDER

The Court, having reviewed the foregoing recitals and stipulation, and GOOD CAUSE appearing, hereby ORDERS the stipulation APPROVED in all respects.

IT IS SO ORDERED.

Dated:   January 31, 2014          _____
                                    SENIOR DISTRICT JUDGE