**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES LONG and ELAINE LONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO; ALAN WEAVER, Director, County of Fresno, Department of Public Works and Planning, as an individual; and Does 1 through 40, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:13-cv-01810-AWI-SKO<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION**<br><br>(Docs. 7,8, 13) |

　　　On December 23, 2013, Defendant County of Fresno, filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). On January 16, 2014, Defendant Alan Weaver joined in County of Fresno's motion and waived service of summons and complaint. The motion was initially set for hearing before this Court on Monday, February 10, 2014 at 1:30 p.m.. Plaintiffs, Charles Long and Elaine Long, filed an opposition on January 27, 2014. On January 31, 2014, the parties stipulated and the Court ordered a continuance of the scheduled hearing on this motion, granting Plaintiffs leave to file a sur-reply. Defendants replied on February 3, 2014. Plaintiffs filed their sur-reply on February 12, 2014.

1

Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of February 24, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 13, 2014

SENIOR DISTRICT JUDGE